Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Nabil Mohamed Sorour      Docket No. 1:14CR00264-001

### Petition on Probation or Supervised Release

COMES NOW Eva M. Wall, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Nabil Mohamed Sorour, who was placed on supervision by the Honorable Gerald Bruce Lee, United States District Judge sitting in the Court at Alexandria, Virginia, on the 9th day of December, 2014, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Returnable date: 9/12/17 at 10:00am (TDO)

## ORDER OF COURT

Considered and ordered this 18th day of August July, 2017 and ordered filed and made a part of the records in the above case.

/s/
Gerald Bruce Lee
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

**Eva Wall** Digitally signed by Eva Wall
Date: 2017.07.12 15:48:21 -04'00'

Eva M. Wall
U.S. Probation Officer
703-299-2363

Place: Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: Sorour, Nabil Mohamed

OFFENSE: Supplemental Security Income Benefits Fraud; and False Statement in a Naturalization Matter.

SENTENCE: Three (3) years probation on each count (concurrent) with the following special conditions: 1) the defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; 2) shall provide the probation officer access to any requested financial information; 3) shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; or in a lesser amount to be determined by the Court upon the recommendation of the probation officer; and 4) pay restitution in the amount of $7,376.90, due and payable immediately, with any unpaid balance in equal monthly payments of at least $50.00, until paid in full. Restitution payable to Social Security Administration, Plaza 500, Suite 190, 6295 Edsall Road, Alexandria, Virginia.

ADJUSTMENT TO SUPERVISION: Mr. Sorour's adjustment to supervision has been satisfactory other than his non-payment of restitution.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION 1:** **FAIL TO PAY RESTITUTION AT A RATE OF AT LEAST $50.00 PER MONTH.**

Mr. Sorour stopped making restitution payments in November 2016. To date, he has paid $560.00 towards restitution.

EMW/mbp
RRG